**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Jenny Day and Guillermo Moreno v. Classic Autoplex

Appellate case number:   01-19-00744-CV

Trial court case number:  17-CV-0081

Trial court:                       212th District Court of Galveston County

Appellants, Jenny Day and Guillermo Moreno, have filed a motion for rehearing. We **grant** appellants' request for rehearing, withdraw our opinion and judgment issued on December 31, 2019, and reinstate this case on the Court's active docket.

We ORDER appellants, **within 30 days of the date of this order**, to provide written evidence that they have paid, or made arrangements to pay for the preparation of the reporter's record.[1] *See* TEX. R. APP. P. 35.3(b)(3), 37.3(c). Unless they timely and adequately respond, this Court may require appellants to file a brief and can consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3.

No extensions of time for providing proof of payment for the reporter's record will be granted, absent extraordinary circumstances.

It is so ORDERED.

Judge's signature:                _____/s/ Julie Countiss_____
                                              Acting for the Court

Date: February 13, 2020

---

[1]     There are two court reporters involved in this case, Ada Christy and Jennifer Hall.